UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AKANTHA SUSKO,  Plaintiff, | : : : |
| v. | : No. 5:20-cv-06543 |
| WEIDENHAMMER SYSTEMS CORP.,  Defendant. | : : : |

**O R D E R**

**AND NOW**, this 16th day of June, 2021, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Dismiss, ECF No. 9, is **GRANTED**.

2. The Amended Complaint, ECF No. 7, is **DISMISSED without prejudice**, and Plaintiff is given leave to file an amended complaint.

3. **Within twenty days of the date of this Order**, Plaintiff may, consistent with the Opinion, file an amended complaint. If Plaintiff fails to timely file an amended complaint, this action will be dismissed in its entirety with prejudice and closed.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge