IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AKANTHA SUSKO                          :        CIVIL ACTION
                                       :
              v.                       :
                                       :
WEIDENHAMMER SYSTEMS                   :
CORPORATION                            :        NO.  20-6543


<u>ORDER</u>

AND NOW, this 14th day of February, 2022**,** it having been reported that the issues between the parties in these matters have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that this matter is DISMISSED with prejudice.  It is further ORDERED that all pending motions are DENIED as moot.  The Clerk of Court is directed to statistically close these matters.


**KATE BARKMAN,** Clerk of Court




By: /s/ *Mia Harvey*
    Mia Harvey
    Deputy Clerk to Magistrate Judge Elizabeth T. Hey